# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARK E. SPICER, JR.

NO. 2023 KW 0002

**MARCH 22, 2023**

---

In Re:    Mark E. Spicer, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 3932-F-2019.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

    **WRIT DENIED.**

                     **PMc**
                     **JEW**
                     **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT